UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRANDON GIBSON,                                          CIVIL NO. 05-2600 (JNE/JSM)

    Petitioner,

v.                                                                          ORDER

JEFF WALTON, Duluth Federal
Prison Camp, Warden, [1]

    Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron, dated April 27, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, IT IS HEREBY ORDERED that:

1. The Petition for Writ of Habeas Corpus under Title 28 U.S.C. Section 2241 [Docket No. 1] is **DENIED**.

2. This action is dismissed with prejudice.

Dated: May 23, 2006

                                                        s/ Joan N. Ericksen
                                                        JOAN N. ERICKSEN
                                                        United States District Court Judge

---

[1] The Government argued that the named Respondent in this case should be acting warden Jeff Walton at the Federal Prison Camp-Duluth, rather J.F. Caraway. Petitioner has not objected to the change, and the caption of this document reflects that change.